UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANTHONY FRANCHI, derivatively on behalf of
VERU INC.,

        Plaintiff,

  v.

MITCHELL STEINER, MARIO
EISENBERGER, HARRY FISCH, MICHAEL
L. RANKOWITZ, GRACE HYUN, LUCY LU
and MICHELE GRECO,

        Defendants,

and

VERU INC.,

        Nominal Defendant.

Case No. 2:23-cv-01164-SCD

---

PHILIP RENBARGER, derivatively on behalf of
VERU INC.,

        Plaintiff,

  v.

MITCHELL STEINER, MARIO EISENBERGER,
HARRY FISCH, GRACE S. HYUN, LUCY LU,
MICHAEL L. RANKOWITZ, And MICHELE GRECO,

        Defendants,

and

VERU INC.,

        Nominal Defendant.

Case No. 2:23-cv-01291-SCD

**ORDER GRANTING MOTION TO CONSOLIDATE AND APPOINTING
CO-LEAD COUNSEL**

1. The Unopposed Civil L.R. 7(h) Expedited Non-Dispositive Motion to Consolidate and Appoint Co-Lead Counsel filed by Plaintiff Anthony Franchi, derivatively on behalf of Veru, Inc. (Case No. 2:23-cv-01164-SCD) and Plaintiff Philip Renbarger, derivatively on behalf of Veru, Inc. (Case No. 2:23-cv-01291-SCD) is GRANTED.

2. The above-captioned Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, and pursuant to Civil L.R. 42(a) are consolidated under the lowest numbered case, Case No.: 2:23-cv-01164-SCD (the "Consolidated Derivative Action").

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, must bear the following caption:

| IN RE VERU, INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No.: 2:23-cv-01164-SCD |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | |

4. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Case No.: 2:23-cv-01164-SCD and all papers and documents previously filed and/or served in the Derivative Actions shall be deemed a part of the record in the Consolidated Derivative Action.

5. Each and every putative action filed in, or transferred to, this Court that involves questions of law or fact similar to those contained in the Consolidated Derivative Action shall be governed by the terms of this Order and shall be consolidated for all purposes with the Consolidated Derivative Action.

6. The Weiser Law Firm, P.C. and Gainey McKenna & Egleston are appointed Co-Lead Counsel for Plaintiffs.

**SO ORDERED** this 8th day of November, 2023

_____
STEPHEN C. DRIES
United States Magistrate Judge